The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Prince Adjei
   v. Commonwealth of Virginia
   Record No. 1380-13-2
   Opinion rendered by Judge Decker on
   September 23, 2014